02-00056
Cincinnati
RECEIVED
Piernel
JAN 0 3 2005
Leonard Green
Clerk

## Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

CC
02-4234

William K. Suter
Clerk of the Court
(202) 479-3011

December 29, 2004

CW

**FILED**

JAN - 4 2005

LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re:  Craig Montgomery
     v. United States
     No. 04-7846
     (Your No. 02-4234)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 21, 2004 and placed on the docket December 29, 2004 as No. 04-7846.

Sincerely,

William K. Suter, Clerk

by
Ruth Jones
Case Analyst