**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

February 22, 2005

William K. Suter
Clerk of the Court
(202) 479-3011

**FILED**
MAR 1 5 2005
LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Craig Montgomery
v. United States
No. 04-7846
(Your No. 02-4234)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk