PROB 12C
Rev 2/03

# United States District Court

for

## Southern District of Ohio

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: **Craig L. Montgomery** | Case Number: **1:02CR00056** |
| Name of Sentencing Judicial Officer: | **The Honorable S. Arthur Spiegel,** **United States Senior District Judge** |
| Date of Original Sentence: | **October 22, 2002** |
| Original Offense: | **Distribution of Cocaine Base (Crack), a class B Felony, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).** |

Original Sentence: **Sixty-Three (63) month(s) prison and Sixty (60) month(s) supervised release**

| | |
|---|---|
| Type of Supervision: **Term Of Supervised Release** | Date Supervision Commenced: **June 29, 2007** |
| Assistant U.S. Attorney: **Timothy D. Oakley** | Defense Attorney: **To be assigned or appointed at a later date.** |

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue an Order to Appear and Show Cause
[ ]  To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **Condition #2: "You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month."** |
| | The last date that Mr. Montgomery has either reported in person to the probation office or submitted a monthly report form, was on January 3, 2007. Numerous attempts to contact him by phone and by certified mail have been unsuccessful. In addition, his employer was also contacted, but no return phone call has been received. Finally, on April 7, 2008, a home visit was conducted to attempt to reach Mr. Montgomery in person. There was no one at the residence and a business card was left instructing the dweller of the apartment to contact the probation department. As of yet, there has been no returned phone calls. |

U.S. Probation Officer Recommendation:

The term of supervision should be
    [X]    Revoked.
    [ ]    Extended for  years, for a total term of  years.
    [ ]    Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
    [ ]    The conditions of supervision should be modified as follows:

PROB 12C
Rev 2/03

2

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on **May 19, 2008**

*Vanessa S. Fletcher*

**Vanessa S. Fletcher**
U.S. Probation Officer

by

Approved,

*Robert A. Taylor Sr.*

**Robert A. Taylor Sr.**
Supervising U.S. Probation Officer
Date:     **May 19, 2008**

THE COURT ORDERS:

[ ] No Action
[✓] The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
[ ] The Issuance of an Order to Appear and Show Cause
[ ] The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
[ ] Other

Signature of Judicial Officer

5/27/08
Date